# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  12-CR-1705-L |
| Plaintiff, ) | |
| ) | JUDGMENT AND ORDER OF |
| vs. ) | DISMISSAL OF INDICTMENT |
| ANDRES MARTINEZ-ALANIZ (1), ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in Case No. 12-CR-1705-L against defendant ANDRES MARTINEZ-ALANIZ be dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 24, 2012

_____
M. James Lorenz
United States District Court Judge